IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 3 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02222-BNB

MILAGRO TAURUS,

      Plaintiff,

v.

U.S. DEPT. OF SOCIAL SEC., State Office, and
COMM. MICHAEL ASTRUE, of His State Rep,

      Defendants.

---

ORDER OF DISMISSAL

---

      Plaintiff, Milagro Taurus, initiated this action by filing a *pro se* Complaint and a
Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with the Court
on August 24, 2011.

      In an order filed on September 6, 2011, Magistrate Judge Boyd N. Boland
ordered Ms. Taurus to cure certain enumerated deficiencies in this case within thirty
days. Specifically, Ms. Taurus was directed to submit a properly notarized Motion and
Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that included an original
signature. She was informed that the § 1915 motion and affidavit was only necessary if
the $350.00 filing fee was not paid in advance. The September 6 order warned Ms.
Taurus that if she failed to cure the designated deficiencies within the time allowed, the
action would be dismissed without further notice.

      On September 26, 2011, Ms. Taurus filed a "Motion for Special Designation."
Ms. Taurus, however, has now failed to file a properly notarized Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the September 6 Order.

Therefore, Ms. Taurus has failed within the time allowed to cure the designated

deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b)

of the Federal Rules of Civil Procedure for the failure of Plaintiff, Milagro Taurus, to

comply with the order to cure dated September 6, 2011.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __13th__ day of ___October_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-02222-BNB

Milagro Taurus
PO Box 385
950 Lincoln St
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 13, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk