IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02222-LTB

MILAGRO TAURUS,

    Plaintiff,

v.

U.S. DEPT. OF SOCIAL SEC., State Office, and
COMM. MICHAEL ASTRUE, of His State Rep,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Appeal" (Doc. # 11) and "Motion to Close the Denver Colorado Case" (Doc. # 13) are DENIED as unnecessary.

Dated:  December 16, 2011